**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-6994

_____

JIMMY D. MEGGS, JR., a/k/a Jimmy D. Meggs

             Petitioner - Appellant,

      v.

WARDEN GREGORY KNOWLIN, Warden of Turbeville,

             Respondent - Appellee,

      and

JON OZMINT, Director,

             Respondent.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Terry L. Wooten, District Judge.
(8:10-cv-01774-TLW)

_____

Submitted:  January 31, 2012      Decided:  February 16, 2012

_____

Before SHEDD, DAVIS, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jimmy D. Meggs, Jr., Appellant Pro Se.  Donald John Zelenka,
Deputy Assistant Attorney General, William Edgar Salter, III,
Assistant Attorney General, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy D. Meggs, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Meggs v. Knowlin, No. 8:10-cv-01774-TLW (D.S.C. filed July 12, 2011, entered July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED